IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL BRAXTON TOOLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.  2:07-cv-2201-TMP |
| | ) | |
| WARDEN DAVID O. STREIFF; | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

The magistrate judge filed his report and recommendation in this case on January 22, 2008, recommending that the petition for writ of *habeas corpus* be dismissed for want of subject-matter jurisdiction because it was a "second or successive" petition that had not be authorized by the court of appeals as required by 28 U.S.C. § 2244(b).  Although the petitioner was advised of his right to object to the report and recommendation, no objections have been filed to date.

The court, having now carefully reviewed and considered *de novo* all materials in the court file, including the report and recommendation, hereby ADOPTS the report and ACCEPTS the recommendation of the magistrate judge.  Accordingly, the petition for writ of *habeas corpus* in the above-styled cause is due to be and hereby is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

The Clerk is DIRECTED to mail a copy of the foregoing to the petitioner.

Done this 27th day of February 2008.

                                            L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE
                                                 124019